**BRIAN K. BROOKEY, CA Bar No. 149522**
brian.brookey@cph.com
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Plaintiff,
MINTIE CORPORATION

J                                       JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINTIE CORPORATION, a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> NOR E FIRST RESPONSE INC., a Washington corporation, <br><br> Defendant. | Case No. CV 07-08189 DSF (JCx) <br><br> **CONSENT JUDGMENT** |

Pursuant to the Stipulation of the parties, and good cause appearing, this Court enters judgment as follows:

1. Defendant Nor E First Response Inc. ("NorE") has represented and warranted that it has, prior to the filing of the Complaint in this case, ceased manufacture and sale of the ICU25 product accused in such Complaint of infringing U.S. Patent No. 7,134,444 (the "'444 patent").

2. NorE shall not, at any time during the life of the '444 patent or any patent claiming priority from the '444 patent, make, use, sell or offer for sale the ICU25 product, or any other product that infringes the '444 patent.

**1**   3. Mintie hereby dismisses all claims with prejudice, with each party to
**2**  bear its own attorneys' fees and costs, subject to the terms of a separate settlement
**3**  agreement between the parties.
**4**   4. The Court shall retain jursidiction to enforce the terms of this
**5**  Consent Judgment.

**7**  Dated:  9/25/08                  _____
**8**                                    The Honorable Dale S. Fischer
                                       United States District Judge

SCL PAS788399.1-*-09/25/08 1:22 PM

**10**
**11**
**12**
**13**
**14**
**15**
**16**
**17**
**18**
**19**
**20**
**21**
**22**
**23**
**24**
**25**
**26**
**27**
**28**

-2-

CHRISTIE, PARKER & HALE, LLP